# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**VETO PRO PAC LLC,**

              V.                  **SUMMONS IN A CIVIL CASE**

**VELOCITY WORKWEAR LTD.,**

                                    CASE NUMBER: **3:23–CV–01349–OAW**

TO: **Velocity Workwear Ltd.**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Benjamin J. Lehberger**
**Dilworth IP LLC**
**470 James Street, Suite 007**
**New Haven, CT 06513**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – M Peterson
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2023–10–17 16:31:29**, Clerk USDC CTD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

    This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

                                                           _____
                                                                           Servers signature

                                                           _____
                                                                        Printed name and title

                                                           _____
                                                                            Servers address

Additional information regarding attempted service, etc: