UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VETO PRO PAC LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 3:23cv1349 (OAW) |
| | : | |
| VELOCITY WORKWEAR LTD., | : | |
| | : | |
| Defendant. | : | NOVEMBER 21, 2023 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7 of the Local Rules of this Court, Defendant Velocity Workwear Ltd. respectfully moves for an extension of thirty (30) days, to and including December 27, 2023, in which to respond to the Plaintiffs' Complaint, whether by answer or motion.

Defendant's response to the Complaint is presently due on November 27, 2023. Undersigned counsel was only recently retained to assist in this matter, and additional time is necessary to consult with its client and form an appropriate response to the Complaint.

This is the Defendant's first request for an extension of time to file a response to the Complaint. Defendant's counsel has contacted Plaintiff's counsel and represents that the Plaintiff consents to the requested relief.

Pursuant to Local Rule 7(b)(3), this motion is being filed at least three days before the deadline at issue.

WHEREFORE, Defendant respectfully moves for a thirty (30) day extension of time in which to respond to the Complaint, to and including December 27, 2023.

                            DEFENDANT
                            VELOCITY WORKWEAR LTD.

                            By: /s/ Patrick M. Fahey
                                Patrick M. Fahey (ct13862)
                                pfahey@goodwin.com
                                Matthew B. Gibbons (ct31455)
                                mgibbons@goodwin.com
                                For Shipman & Goodwin LLP
                                One Constitution Plaza
                                Hartford, CT 06103-1919
                                Tel: 860-251-5000
                                Fax: 860-251-5219

                          Its Attorneys

20748760.1