IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VETO PRO PAC LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-01349-OAW |
| | ) |
| VELOCITY WORKWEAR LTD., d/b/a | ) |
| VELOCITY PRO GEAR, and | ) |
| TOOL MONSTER LTD., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF RESPONSIVE
CLAIM CONSTRUCTION DEADLINE**

Plaintiff Veto Pro Pac LLC ("Veto") and Defendants Velocity Workwear Ltd. d/b/a Velocity Pro Gear, and Tool Monster Ltd. (collectively "Velocity") jointly move to extend the deadline for the Parties to Serve and File Responsive Claim Construction Briefs by 30 days, to August 12, 2024 (August 10, 2024 falls on a Saturday).

The Parties' joint motion to stay all deadlines was denied on the basis that there are no immediate deadlines and therefore no need for a stay. (ECF No. 57,58.) However, the Court indicated that, should the parties need additional time for any purpose, they are welcome to move for that relief as appropriate. (ECF No. 58.)

According to the claim construction schedule, as proposed in the parties' 26(f) report (ECF No. 36) and adopted by this Court (ECF No. 37), the Parties have until July 11, 2024 to Serve and File Responsive Claim Construction Briefs. The Parties have reached an agreement in principle to settle this action. The Parties respectfully request that the Responsive Claim Construction brief deadline be extended for 30 days to avoid unnecessary expense to the Parties while they finalize their settlement agreement.

Dated: June 25, 2024

| | |
|---|---|
| By: */s/ Benjamin J. Lehberger*<br>Benjamin J. Lehberger, Esq. (CT26880)<br>470 James Street, Suite 007<br>New Haven, Connecticut 06513<br>Phone: (203) 220-8496<br>blehberger@dilworthip.com<br>dilworthip@dilworthip.com<br><br>Richard J. Basile<br>Murtha Cullina LLP<br>107 Elm Street, Four Stamford Plaza<br>Stamford, Connecticut 06902<br>Phone: (203) 653-5400<br>rbasile@murthalaw.com<br><br>*Counsel for Plaintiff*<br>*Veto Pro Pac, LLC* | By: */s/ John J. Lucas*<br>Benjamin T. Horton (PHV 207603)<br>Kelley S. Gordon (PHV 207654)<br>John J. Lucas (PHV 207652)<br>Marshall, Gerstein & Borun LLP<br>233 S. Wacker Drive<br>6300 Willis Tower<br>Chicago, IL 60606<br>T: (312) 474-6300<br>E: bhorton@marshallip.com<br>E: kgordon@marshallip.com<br>E. jlucas@marshallip.com<br><br>Patrick M. Fahey (ct13862)<br>Matthew B. Gibbons (ct31455)<br>SHIPMAN & GOODWIN LLP<br>One Constitution Plaza<br>Hartford, CT 16013<br>Tel.: (860) 251-5000<br>pfahey@goodwin.com<br>mgibbons@goodwin.com<br><br>*Counsel for Defendants*<br>*Velocity Workwear Ltd. d/b/a*<br>*Velocity Pro Gear and*<br>*Tool Monster Ltd.* |

4894-7531-5915, v. 1

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the Court's electronic filing system this 25th day of June, 2024.

*/s/ John J. Lucas*
John J. Lucas